## 9600. WHITFIELD *v.* THE STATE.

BROYLES, P. J. The bill of exceptions containing no assignment of error whatever, the writ of error is

*Dismissed. Bloodworth and Harwell, JJ., concur.*

DECIDED APRIL 12, 1918.

Indictment for burglary; from Laurens superior court—Judge Kent. February 4, 1918.

*W. A. Dampier,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.